**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ASHLEY BAKER**                                                        **PLAINTIFF**

**V.**           **CASE NO. 4:15-CV-00568 JTK**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 18th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE